

397-08/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
GOOD EARTH MARITIME
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
GOOD EARTH MARITIME,

                  Plaintiff,

  -against-

PARASOL ENTERPRISES LTD. and TORBAPAK
MADENCILIK SANAYI VE TICARET A.S..,

                  Defendant.
------------------------------------------------------------------------x

RULE 7.1 STATEMENT

      The Plaintiff, GOOD EARTH MARITIME, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel certifies that the Plaintiff is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
       July 28, 2008

                                    FREEHILL HOGAN & MAHAR, LLP
                                    Attorneys for Plaintiff
                                    GOOD EARTH MARITIME

By: _____
      Michael E. Unger (MU 0045)
      80 Pine Street
      New York, NY 10005
      Telephone: (212) 425-1900
      Fax: (212) 425-1901

NYDOCS1/309463.1