397-08/MEU

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/21/08

GOOD EARTH MARITIME,

                Plaintiff,

-against-

PARASOL ENTERPRISES LTD., and
TORBAPAK MADENCILIK SANAYI
VE TICARET A.S.,

                Defendants.

08 CV 6702 (DC) - SDNY

ORDER DIRECTING RELEASE OF
FUNDS AND
DISCONTINUANCE OF ACTION

**WHEREAS** it has been reported to the Court that the parties have agreed to settle their disputes, and the Court having been provided with a letter dated August 15, 2008, from Turkish Counsel for defendants acknowledging the terms of the settlement and their authority to do so on behalf of their clients;

**IT IS HEREBY ORDERED AND DIRECTED** that pursuant to the parties' agreement, the sum of $140,000.00 is to be paid to Plaintiff Good Earth Maritime from the funds presently restrained by Garnishee Wachovia Bank pursuant to this Court's Order and process of Maritime Attachment and Garnishment dated July 31, 2008, pursuant to wire transfer instructions to be provided to Wachovia Bank by plaintiff's counsel; and

**IT IS HEREBY FURTHER ORDERED AND DIRECTED** that upon confirmation given to the bank that the funds have been received by Plaintiff, the remaining funds held by Wachovia Bank be released to defendant, TORBAPAK MADENCILIK SANAYI VE TICARET A.S., pursuant to the below wire transfer instructions:

| | |
|---|---|
| Account Holder: | Torbapak Madencilik Sanayi ve Ticaret A.S. |
| Bank: | Turkiye Finans Katilim Bankasi A.A. |
| Branch | Caglyan |
| Branch Code: | 74 |
| USD Account No: | 80471-101 |
| IBAN No: | TR240020600074000804710101 |

NYDOCS1/310705.1

;and

**IT IS HEREBY FURTHER ORDERED AND DIRECTED** that this action be discontinued with prejudice and without costs as to other parties subject to being reopen within thirty (30) days of the funds directed to be released hereunder are not received by the respective parties.

**SO ORDERED:**

August 15, 2008

_____
Hon. Denny Chin, U.S.D.J.